UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:22-cr-00150-JRS-KMB |
| | ) | |
| EDWIN SIMS, | ) | -01 |
| | ) | |
| Defendant. | ) | |

**Order on Sentence Reduction**

Edwin Sims was convicted of bank theft and intent to distribute cocaine and sentenced to a total of 151 months' imprisonment.  (Judgment, ECF No. 25.)  Now before the Court is Sims' Motion to reduce his sentence under 18 U.S.C. § 3582, USSG § 1B1.10, and Amendment 821 to the Sentencing Guidelines.  (ECF No. 32.)

**I.      Legal Standard**

The Court may modify an imposed sentence of imprisonment under 18 U.S.C. § 3582(c)(2) to reflect changes in the sentencing guidelines where authorized by policy statements from the Sentencing Commission.   The policy statement at USSG § 1B1.10 provides that the Court "may reduce" a defendant's sentence to reflect certain amendments to the Sentencing Guidelines.  Those amendments are set forth in § 1B1.10(d).  Relevant here is Amendment 821, Part A, "Status Points under § 4A1.1," which reduces, from two criminal history points to one, the penalty for offenses committed while on probation or supervision for another offense.  The Court is directed to consider the 18 U.S.C. § 3553(a) statutory factors in deciding whether

and how to reduce a sentence.   18 U.S.C. § 3582(c)(2); USSG § 1B1.10, comment. (n.1(B)).

## II.   Discussion

Sims committed the offense of conviction while on probation for another offense. (Pre-Sentence Investigation Report ¶ 53, ECF No. 16.)  Sims argues, correctly, that under the amended USSG § 4A1.1(e), he would receive only one additional criminal history point for the probation violation, instead of two under the old USSG § 4A1.1(d).  (Supplemental M. for Sentence Reduction, ECF No. 39.)

Sims does not, however, benefit from the change to § 4A1.1.  At sentencing, Sims was considered a "career offender" under USSG § 4B1.1(a) because he was over 18 years old, convicted for a controlled substance offense, and had two prior felony convictions for robbery, which is a crime of violence.   (Pre-Sentence Investigation Report ¶ 55, ECF No. 16.)   Career offenders are automatically given a criminal history category of VI, regardless of the number of criminal history points.   USSG § 4B1.1(b).  So a reduction in criminal history points under the new § 4A1.1 does not change Sims' criminal history category, which remains VI.  And the offense level of 29, with an unchanged criminal history category of VI, still yields a guidelines range of 151–188 months' imprisonment.

The Court may only "reduce" a defendant's sentence—that is, the Court can act only where "the guideline range applicable to that defendant has subsequently been lowered."  USSG § 1B1.10(a)(1), p.s.; 18 U.S.C. § 3582(c)(2).  Here, Sims' applicable guideline range has not been lowered, and the Court may not reduce his sentence.

Because a sentence reduction is not allowed, the Court does not reach the 18 U.S.C. § 3553(a) factors, which would otherwise guide its decision to reduce the sentence. The 151-month term of imprisonment remains as imposed at sentencing.

### III.    Conclusion

The Court finds that Sims' applicable guideline range has not changed under the new § 4A1.1, because his career offender status, not his criminal history points, determined his criminal history category of VI.  Sims' Motion for a reduced sentence, (ECF No. 32), is **denied.**

**SO ORDERED.**

Date: 02/20/2024

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution by U.S. Mail to:

Edwin Sims
# 83076-509
U.S. Penitentiary McCreary
P.O. Box 3000
Pine Knot, KY 42635

Distribution by CM/ECF to:

Peter A. Blackett
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
peter.blackett@usdoj.gov

Jacob Leon
Indiana Federal Community Defenders
Jacob_Leon@fd.org

Dominic David Martin
INDIANA FEDERAL COMMUNITY DEFENDERS
dominic_d_martin@fd.org

Brian L. Reitz
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
brian.reitz@usdoj.gov

Leslie D. Wine
INDIANA FEDERAL COMMUNITY DEFENDERS
leslie_wine@fd.org